**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 22-21572-CIV-ALTONAGA/Torres

RICHARD CANIZARES,

 Plaintiff,

vs.

SILVA GROUP CONSTRUCTION,
INC., a Florida Profit Corporation, and
ADELINO AGOSTINHO, an individual,

 Defendants.
_____/

**JOINT NOTICE OF SETTLEMENT**

 The Parties, through undersigned counsel, hereby file this Notice of Settlement to notify the Court that the Parties have reached a resolution of this action. The Parties will begin drafting the necessary documentation to file with the Court for final Court approval of the terms of the settlement. Additionally, the Parties further request that the Court allow the Parties ten (10) days, until and including August 14, 2022, within which to file the necessary documents for approval.

 Respectfully submitted on August 4, 2022,

| | |
|---|---|
| */s/Robert S. Norell, Esq.* | */s/Joshua M. Entin, Esq.* |
| Robert S. Norell, Esq. | Joshua M. Entin, Esq. |
| Fla. Bar No.: 996777 | Florida Bar No. 0493724 |
| E-Mail: rob@floridawagelaw.com | E-Mail: josh@entinlaw.com |
| **ROBERT S. NORELL, P.A.** | **ENTIN LAW GROUP, P.A.** |
| 300 NW 70th Avenue, Suite 305 | 633 S. Andrews Avenue, Suite 500 |
| Plantation, FL 33317 | Ft. Lauderdale, Florida 33301 |
| Telephone: (954) 617-6017 | Telephone: (954) 761-7201 |
| Facsimile: (954) 617-6018 | Facsimile: (954) 764-2443 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |